# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-10786 MRW | Date | March 30, 2021 |
|----------|-----------------|------|----------------|
| Title | Jardine Gougis v. E and T Foods, Inc. | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|----------------|-----|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|----------------------------------|----------------------------------|
| None present | None present |

**Proceedings:**          **(IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a notice to dismiss this case with prejudice.  (Docket # 11.)  This action is dismissed with prejudice.  The previous order to show cause is DISCHARGED with no further consequence.